IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:17CR3041 |
| | ) | |
| v. | ) | |
| | ) | |
| CALVIN M. ANDERSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having been informed that the defendant has been arrested in another district as a result of a pretrial violation and has not yet been returned to Nebraska and, further, that defense counsel orally requests a continuance as a result,

IT IS ORDERED that this case is removed from the trial docket. The time between today's date and the new trial date set by Judge Zwart is excluded under the provisions of the Speedy Trial Act (18 USC § 3161(h)(1)(e) & § 3161(h)(7)(A)&(B)). Upon the defendant's return to this district, this matter is referred to Judge Zwart for the setting of a new trial date.

DATED this 28th day of August, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge