IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>        vs.<br><br>CALVIN M. ANDERSON<br><br>                        Defendant. | 4:17CR3041<br><br>ORDER FOR DISMISSAL OF<br>INDICTMENT |

The Motion (filing no. 27) of the United States is hereby granted.   It is hereby ordered that

the Indictment in this matter is dismissed without prejudice, as to the defendant, Calvin M.

Anderson.

DATED this 10th day of October, 2017.

BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge